

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2014

No. 04-14-00091-CV

Melissa **HERNANDEZ**,
Appellant

v.

**CHRISTUS SPOHN HEALTH SYSTEM CORP.,** d/b/a Christus Spohn Hospital Kleberg,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-0352114-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On February 4, 2014, the appellant, Melissa Hernandez, filed a motion for new trial and a notice of appeal. On June 16, 2014, the trial court clerk filed the clerk's record. On June 19, 2014, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER the appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If the appellant fails to respond within the time provided, the appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in the appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court